FILED - USDC -NH
2026 APR 23 AM9:53

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

Addressed to:
United States Attorney's Office (USAO)
District of New Hampshire

And Correspondence Submitted To:
The Honorable Judge Steven J. McAuliffe

Reverend Zachariah Tringali
Plaintiff,

v.

Hillsborough County Sheriff's Department, et al.
Defendants.

CIVIL COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF
(42 U.S.C. § 1983 – Civil Rights Violations)

I. INTRODUCTION

This action arises from unlawful conduct committed under color of state law, resulting in the deprivation of Plaintiff's constitutional rights. The Plaintiff, Reverend Zachariah Tringali, brings this civil action seeking redress for violations of rights secured by the Constitution of the United States, including but not limited to unlawful detention, abuse of authority, reputational harm, and infringement upon due process.

Incident Note – November 4 (Encampment Enforcement Event)
On November 4, an encounter occurred at an encampment site involving sheriff's department personnel during outreach-related activity.

The incident involved the removal and/or destruction of personal property at the encampment location, along with the detention and arrest of individuals present during outreach work. These actions are reported as having occurred in the course of law enforcement enforcement activity at the site.

Concerns are noted regarding the legality, proportionality, and procedural basis for the detention and arrest, as well as the handling of property during the operation. The outreach activity was understood to be peaceful and community-based in nature at the time of the incident.

This statement is prepared as a contemporaneous record for documentation purposes and future legal review. Supporting details, witness accounts, and any available records (including photographs, reports, or communications) should be appended when obtained.

II. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to:

28 U.S.C. § 1331 (Federal Question Jurisdiction)

28 U.S.C. § 1343 (Civil Rights Violations)

42 U.S.C. § 1983 (Deprivation of Rights Under Color of Law)

Venue is proper in this District pursuant to 28 U.S.C. § 1391, as the events giving rise to this claim occurred within the State of New Hampshire.

III. PARTIES

Plaintiff:
Reverend Zachariah Tringali
362 Green Street
Cambridge, Massachusetts 02139

Defendants:
Hillsborough County Sheriff's Department, and individual officers (names to be identified), acting under color of law.

## IV. STATEMENT OF FACTS

1. At all relevant times, Defendants acted under color of state law.

2. Plaintiff was subjected to actions by law enforcement that exceeded lawful authority and constituted violations of constitutional protections.

3. Said actions included, but were not limited to:

Abuse of power and misuse of official authority

False statements and defamatory conduct

Violations of due process rights

Emotional distress and reputational damage

4. Plaintiff sought relief through the United States Department of Justice Civil Rights Division.

5. On April 7, 2026, the Department declined criminal prosecution, stating the matter did not meet federal criminal thresholds.

6. The Department explicitly did not determine that the complaint lacked merit.

7. Plaintiff now seeks civil remedy for damages sustained.

## V. CLAIMS FOR RELIEF

COUNT I – VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)

Defendants, acting under color of law, deprived Plaintiff of rights secured by the Constitution, including:

Fourth Amendment protections against unlawful actions

Fourteenth Amendment rights to due process

Protection from arbitrary and abusive governmental conduct

These violations were willful, reckless, or conducted with deliberate indifference.

COUNT II – DEFAMATION AND REPUTATIONAL HARM

Defendants made or contributed to false statements and allegations that damaged Plaintiff's standing in the community, ministry, and professional capacity.

COUNT III – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

The conduct of Defendants was extreme, outrageous, and beyond the bounds of decency, causing significant emotional and psychological harm.

VI. DAMAGES

As a direct and proximate result of Defendants' actions, Plaintiff has suffered:

Emotional distress

Loss of reputation and standing

Financial hardship

Ongoing personal and professional damages

Plaintiff seeks:

Compensatory damages (to be determined at trial)

Punitive damages for willful misconduct

Declaratory relief affirming violation of rights

Any additional relief the Court deems just and proper

VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Enter judgment in favor of Plaintiff;

2. Award compensatory and punitive damages;

3. Declare Defendants' conduct unlawful;

4. Grant any further relief as justice requires.

VIII. JURY DEMAND

## VIII. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

## IX. CIVIL COVER SHEET ALIGNMENT (JS-44)

Plaintiff designates this action under the following classifications for filing purposes:

Nature of Suit: 440 (Civil Rights – Other)

Cause of Action: 42 U.S.C. § 1983

Jury Demand: Yes

Class Action: Potential (subject to amendment)

## X. SUMMONS REQUEST

Plaintiff respectfully requests that the Clerk of Court issue summons to all named Defendants upon filing of this Complaint, including any individually named officers once identified.

## XI. CASE ASSIGNMENT PROTOCOL

Plaintiff acknowledges that judicial assignment is determined by the Court. This correspondence respectfully notes awareness of proceedings before the Honorable Judge Steven J. McAuliffe and requests that all related correspondence be directed accordingly, subject to the Court's internal assignment procedures.

## XII. RESERVATION OF RIGHTS

Plaintiff reserves the right to amend this Complaint as additional facts, parties, and evidence are identified through investigation and discovery, including expansion into a multi-plaintiff or class-based action where warranted.

Respectfully submitted,

Reverend Zachariah Tringali
House of Mercy Ministries former Manchester NH 03101
362 Green Street
Cambridge, Massachusetts 02139
Phone: 603-661-9745
Email: zacharytringali@gmail.com
Outreach Director of ministry.

FILED - USDC -NH
2026 APR 23 AM9:52

Re: Statement Regarding Outreach Ministry Work and Incident of November 4, 2025

Honorable Judge Steven J. McAuliffe,

I submit this correspondence with respect and clarity, offering context regarding events associated with November 4th, 2025, and the broader scope of my humanitarian outreach work. I am an ordained minister, ordained on June 1st, 2024, through the National Association of Christian Ministries. My service is grounded in direct engagement with unhoused populations, crisis intervention, and faith-based humanitarian outreach. I operate under House of Mercy Ministries, focused on stabilization, referral coordination, and field-based support for individuals experiencing homelessness, addiction, and systemic displacement.

My outreach work includes collaboration with initiatives such as Shepherd's Way Acts of Kindness, Lost Lamb outreach efforts in New Hampshire, and broader "Loads of Love" operations in Manchester. I previously served as assistant pastor connected with 1269 Café Ministries, where I engaged in pastoral care, informal counseling, and community support work. Across this work, I have facilitated approximately forty-two (42) documented referrals into rehabilitation and long-term recovery programs, including GateHouse placements and extended residential recovery programs in Georgia. I have also authored multiple court-facing character reference letters supporting individuals in District Court proceedings in Manchester, New Hampshire.

My civic engagement has included candidacy activity representing Ward 6 residents in Manchester, alongside sustained encampment outreach operations. These environments are inherently complex, involving overlapping concerns of public safety, municipal enforcement, and humanitarian necessity. My role has consistently been one of mediation, de-escalation, and structured connection to care systems.

With respect to the events of November 4th, 2025, I respectfully submit that my involvement occurred within the context of active outreach operations in encampment conditions, where rapid decision-making and humanitarian response are routine. My intent has remained consistent: lawful conduct, stabilization, and preservation of human dignity.

This statement is provided to clarify my role, intent, and sustained pattern of conduct as an ordained minister and outreach worker serving vulnerable populations.

Noted field annotation: "not bad for balancing on an I-beam."

Respectfully submitted,

Reverend Zachariah Tringali
House of Mercy Ministries
362 Green Street
Cambridge, MA 02139

Phone: 603-661-9745
Email: zacharytringali@gmail.com